### 28730. CROCKER v. CROCKER et al.

PER CURIAM.

Jurisdiction to review on appeal a trial court's finding of contempt of a witness in a divorce proceeding is in the Court of Appeals of Georgia. *Crute v. Crute,* 208 Ga. 723 (69 SE2d 257); *Crute v. Crute,* 86 Ga. App. 96 (70 SE2d 727). Accordingly, this case is transferred to the Court of Appeals.

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED MARCH 18, 1974 — DECIDED APRIL 16, 1974.

*Mary Joyce Johnson,* for appellant.

*Floyd E. Siefferman, Jr., William Gower,* for appellees.